IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MEL HERNANDEZ,

        Plaintiff,                    Civ. S-06-1171 DFL GGH

   v.

YUBA COMMUNITY COLLEGE
DISTRICT, ALBERT ALT,
CHRISTOPHER WILKINSON and
DOES 1 THROUGH 100 inclusive,
                                      RELATED CASE ORDER
        Defendants.
_____/

BRENDA KAY PRINCE,

        Plaintiff,                    Civ. S-06-1193 MCE KJM

   v.

YUBA COMMUNITY COLLEGE
DISTRICT, ALBERT ALT,
CHRISTOPHER WILKINSON and
DOES 1 THROUGH 100 inclusive,

        Defendants.
_____/
```

```
1   EDWARD SIMS, JR.,
2           Plaintiff,                  Civ. S-06-1185 LKK GGH
3        v.
4   YUBA COMMUNITY COLLEGE
    DISTRICT, ALBERT ALT,
5   CHRISTOPHER WILKINSON and
    DOES 1 THROUGH 100 inclusive,
6
            Defendants.
7   _____/

8
    JOHN M. ROSS,
9
            Plaintiff,                  Civ. S-06-1194 WBS GGH
10
         v.
11
    YUBA COMMUNITY COLLEGE
12  DISTRICT, ALBERT ALT,
    CHRISTOPHER WILKINSON and
13  DOES 1 THROUGH 100 inclusive,

14          Defendants.
    _____/
15
```

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Civ S-06-1193 MCE KJM, Civ S-06-1185 LKK GGH, and Civ S-06-1194 WBS GGH

1  are reassigned to Chief Judge David F. Levi and Magistrate Judge
2  Gregory G. Hollows for all further proceedings, and any dates
3  currently set in the reassigned cases only are hereby VACATED.
4  Henceforth, the caption on documents filed in the reassigned
5  cases shall be shown as Civ S-06-1193 DFL GGH, Civ S-06-1185 DFL
6  GGH, and Civ S-06-1194 DFL GGH.
7       IT IS FURTHER ORDERED that the Clerk of Court make
8  appropriate adjustment in the assignment of civil cases to
9  compensate for this reassignment.
10      IT IS SO ORDERED.

DATED: 6/8/2006

_____
DAVID F. LEVI
United States District Judge

3