1 | **Biegler Ortiz & Chan**
Robert P. Biegler (CA Bar Assn. No. 88506)
2 | 1107 Ninth Street, Suite 1025
Sacramento, CA 95814
3 | Telephone: (916) 444-3971
Facsimile: (916) 444-3975                                **OK/HAV**
4
Attorney for Plaintiff
5 |     Mel Hernandez

6

7 | UNITED STATES DISTRICT COURT

8 | EASTERN DISTRICT OF CALIFORNIA

9

10
HERNANDEZ,                              )   Case No. 2:06-CV-01171-DFL-GGH
11                                      )
    Plaintiff,                          )
12                                      )   **STIPULATION TO CONTINUE**
v.                                      )   **HEARING FOR MOTION**
13                                      )   **TO DISMISS AND ORDER**
                                        )   **THEREON**
14                                      )
YUBA COMMUNITY COLLEGE                  )   Date:  09/13/06
15 DISTRICT, and DOES 1 THROUGH 100     )   Time:  10:00 am
                                        )   Dept:  7
16    Defendants.                       )
                                        )
17 _____

18    Due to Robert P. Biegler's trip to South Dakota for a memorial service, the Motion to

Dismiss on August 9, 2006 at 10:00 am, is continued to September 13, 2006 at 10:00 am.
19
    IT IS SO STIPULATED.
20

21 Dated: August 1, 2006                     By: __/s/_____
                                                    Robert P. Biegler
22                                               Attorney for Plaintiff

23
                                             By: __/s/_____
24                                                    Alesa Schachter
                                                 Attorney for Defendants
25

26

27

28

Good cause showing, it is so ordered.

Dated: 8/2/2006

_____
DAVID F. LEVI
United States District Judge